UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DILLON BURCKHALTER BETHEA, ) | Civil Action No. 2:19-cv-00350-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI,[1] ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | **ORDER** |

On Plaintiff's Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for Defendant, it is hereby

**ORDERED** as follows:

1. That the Court authorizes a payment to Beatrice E. Whitten, Esquire, in the amount of Twenty-Five Thousand, Two Hundred, Forty-One dollars and 00/00 cents ($25,241.00) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services.

2. Upon receipt of this sum, Plaintiff's counsel shall remit Four Thousand, Three-Hundred, Thirty-One dollars and 94/00 cents ($4,331.94) directly to Plaintiff, representing the sum to be paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

s/ Bruce Howe Hendricks

August 17, 2021
Charleston, South Carolina

Honorable Bruce Howe Hendricks
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).